# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| In re: <br><br> JOSEPH GREGORY JEMSEK, <br><br>     Debtor. <br><br> JOSEPH STANLY JABKIEWICZ administrator of the Estate of KATHLEEN MARIE JABKIEWICZ, AND JOSEPH STANLY JABKIEWICZ, Individually, and as Guardian Ad Litem for Minors MATTHEW JOSEPH JABKIEWICZ and Michael STEVEN JABKIEWICZ, <br>     Plaintiffs, <br><br> vs. <br><br> JOSEPH G. JEMSEK, M.D., CHRISTIE ROESKE, R.N.P., and THE JEMSEK CLINIC, P.A. | Case No. 06-31986 <br><br> Chapter 11 <br><br><br> Adversary Proceeding No. 07-3019 |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF BANKRUPTCY COURT

  Upon consideration of the *Report and Recommendation Regarding Plaintiffs' Motion for Relief from Stay; Motion for Mandatory or Discretionary Abstention; Motion for Remand; Motion for Withdrawal Of Reference* (the "Report and Recommendation") the Court has determined that the findings and conclusions outlined in the Report and Recommendation should

be adopted by this Court.

IT IS, THEREFORE, ORDERED that:

The Motion is DENIED in part and GRANTED in part;

The Bankruptcy Court shall handle all pre-trial matters in this proceeding; and

When this proceeding is ready for trial, the reference shall be withdrawn.

Signed: May 7, 2007

Graham C. Mullen
United States District Judge